IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                              4:19-CR-00181-JM

SEBASTIAN MOORE

### ORDER

For the reasons set out below, Defendant's Motion for Compassionate Release (Doc. No. 30) is DENIED.

On September 19, 2019, Defendant pled guilty to being a felon in possession of a firearm. A second count of being a felon in possession was dismissed.[1] On February 7, 2020, he was sentenced to 60 months in prison.[2] He wants to be released because of COVID-19.

First, in the plea agreement, Defendant waived his right for relief under 18 U.S.C. § 3582 – the statute which provides the requested relief. Second, even if he hadn't waived his right under § 3582, he has provided no "extraordinary and compelling" reasons to warrant relief. Third, the relief is not warranted after consideration of the § 3553(a) factors.

IT IS SO ORDERED, this 3rd day of September, 2021.

UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 21, 22.

[2] Doc. No. 28.